JAMES McMANIS (40958)
TYLER ATKINSON (257997)
HILARY WEDDELL (293276)
McMANIS FAULKNER
50 W. San Fernando Street, 10th Floor
San Jose, CA  95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
tatkinson@mcmanislaw.com

Attorneys for Plaintiff,
SHIOW-HUEY CHANG

ORRY P. KORB, County Counsel (S.B. #114399)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants,
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S OFFICE, DEPUTY DANIEL J. FOREST, and DEPUTY STRICKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIOW-HUEY CHANG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SANTA CLARA, a public entity, SANTA CLARA COUNTY SHERIFF'S OFFICE, a department of the County of Santa Clara, DEPUTY DANIEL J. FOREST, an individual, DEPUTY STRICKLAND, an individual, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.    15-CV-02502 RMW<br><br>[~~PROPOSED~~] ORDER AFTER INITIAL CASE MANAGEMENT CONFERENCE |

[~~PROPOSED~~] ORDER AFTER CASE MANAGEMENT CONFERENCE; Case No.: 15-CV-02502 RMW

1   An Initial Case Management Conference was held before the Honorable Ronald Whyte on
2   September 11, 2015, for the above entitled case. Tyler Atkinson and Hilary Weddell of McManis
3   Faulkner appeared for plaintiff, Shiow-Huey Chang. David Rollo appeared on behalf of defendants.
4   The following determinations were made:

5   Discovery

6   Subject to further order, discovery shall be limited to the following:

7   - Depositions: no more than ten (10) per side.
8   - Interrogatories: no more than twenty-five (25) per side.
9   - Requests for Production of Documents: No limit but must be narrowly tailored.
10  - Request for Admissions: no more than ten (10) per side.

11  Schedule

12  - Last day to amend pleadings: 11/6/2015.
13  - Fact discovery cut-off: 11/25/2015.
14  - Deadline for opening expert reports: 2/25/2016.
15  - Deadline for rebuttal expert reports: 3/24/2016.
16  - Expert discovery cut-off: 4/29/2016.
17  - Last day to hear dispositive motions: 4/29/2016 at 9:30 AM.
18  - Pretrial Conference set for 5/26/2016 at 2:00 PM.
19  - Jury Trial set for 7/11/2016 at 1:30 PM.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE; Case No.: 15-CV-02502 RMW

Alternative Dispute Resolution

The Case is referred to Magistrate Judge Nathanael M. Cousins for settlement. The settlement conference is to be completed within 90 days. If parties believe that there is no opportunity for case to be resolved before a settlement judge, the parties may request leave of court to appoint a mediator.

APPROVED as to Form:

DATED: September 11, 2015         McMANIS FAULKNER

                                  __/s/_____
                                  JAMES McMANIS
                                  TYLER ATKINSON
                                  HILARY WEDDELL

                                  Attorneys for Plaintiff

DATED: September 11, 2015         __/s/_____
                                  DAVID ROLLO
                                  Attorney for Defendants

IT IS SO ORDERED.

DATED:  9/14/2015                 _Ronald M. Whyte_____
                                  United States District Judge

[~~PROPOSED~~] ORDER AFTER CASE MANAGEMENT CONFERENCE; Case No.: 15-CV-02502 RMW

3