JAMES McMANIS (40958)
TYLER ATKINSON (257997)
HILARY WEDDELL (293276)
McMANIS FAULKNER
50 W. San Fernando Street, 10th Floor
San Jose, CA  95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
tatkinson@mcmanislaw.com

Attorneys for Plaintiff,
SHIOW-HUEY CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIOW-HUEY CHANG,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF SANTA CLARA, a public entity, SANTA CLARA COUNTY SHERIFF'S OFFICE, a department of the County of Santa Clara, DEPUTY DANIEL J. FOREST, an individual, DEPUTY STRICKLAND, an individual, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. Case No. 15-cv-02502 RMW (NC)<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER** |

Pursuant to Federal Rules of Civil Procedure, Rule 29, and Civil Local Rules 6-2 and 7-12, Plaintiff, Shiow-Huey Chang, and Defendants hereby request an extension of the fact discovery cut-off in this case.  Under the Order After Initial Case Management Conference, the current fact discovery deadline is November 25, 2015.  The parties request the deadline be extended to February 18, 2016.

/ / /

/ / /

/ / /

1

STIPULATION TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER;
Case No.: 15-cv-02502 RMW (NC)

**REASONS FOR ENLARGEMENT OF TIME**

This action commenced on June 5, 2015.  Defendants filed an answer to the complaint on July 1, 2015.  The Initial Case Management Conference ("initial CMC") was held on September 14, 2015.

The parties sought discovery at their earliest opportunity, and discovery has continued in earnest.  Pursuant to the Court's order following the initial CMC, fact discovery is scheduled to close next month.  However, the parties believe their preparation for trial would benefit from additional time to conduct fact discovery.

In addition, during discovery, plaintiff has ascertained the names of percipient witnesses, all employees or former employees of the defendant County of Santa Clara.  An enlargement of the deadline to complete discovery will allow the parties to select deposition dates convenient to counsel and the witnesses.

Lastly, this matter is scheduled for a settlement conference before Magistrate Nathanael Cousins on December 8, 2015.  The parties would like to reserve the possibility to conduct discovery after the settlement conference, and thereby conserve resources in the event the matter settles in December.

**ALL PREVIOUS TIME MODIFICATIONS**

There have been no time modifications in this case to date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**EFFECT OF REQUESTED TIME MODIFICATION**

This request would have no effect on other deadlines previously set by the Court.

IT IS SO STIPULATED.

DATED: October 19, 2015         McMANIS FAULKNER

                                /s/
                                JAMES McMANIS

                                Attorneys for Plaintiff


DATED: October 19, 2015

                                /s/
                                DAVID ROLLO
                                Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 10/22/2015               *Ronald M. Whyte*
                                United States District Judge