UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIOW-HUEY CHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>  Defendants. | Case No.  5:15-cv-02502-RMW<br><br>**JUDGMENT** |

Based on the verdict by the jury, IT IS HEREBY ORDERED that judgment is entered in favor of plaintiff Shiow-Huey Chang and against defendants County of Santa Clara, Deputy Daniel J. Forest, and Deputy Strickland in the amount of $40,000.00.

Dated: July 28, 2016

_____
Ronald M. Whyte
United States District Judge

5:15-cv-02502-RMW
JUDGMENT

1